**STATE of Missouri, Respondent,**

v.

**Michael A. MARTIN, Appellant.**

**Michael A. MARTIN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 42207.**

Missouri Court of Appeals,
Western District.

July 30, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 1, 1991.

Application to Transfer Denied
Nov. 19, 1991.

David S. Durbin, Appellate Defender, and Anthony C. Cardarella, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., John P. Pollard, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and KENNEDY and FENNER, JJ.

### ORDER

PER CURIAM.

In this consolidated appeal Michael A. Martin appeals from his conviction by jury of second degree murder and armed criminal action, and from the denial by the court of his Rule 29.15 motion for post-conviction relief.

Conviction and denial of post-conviction relief affirmed. Rules 30.25(b) and 84.-16(b).